#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF  )<br>HEALTH & HUMAN SERVICES,  )<br>)<br>Defendant.  )<br>) | Case No. 20-cv-1149 (DLF) |

### JOINT STATUS REPORT

Pursuant to this Court's minute order of July 10, 2020, the parties jointly report that they are continuing to discuss the possibility of narrowing the search terms in this Freedom of Information Act case. The FOIA request seeks communications of Drs. Anthony Fauci and H. Clifford Lane—the Director and a Deputy Director of the National Institute of Allergy and Infectious Diseases—that either 1) include a World Health Organization official and concern the novel coronavirus, or 2) discuss the World Health Organization or certain of its officials, as well as China and the novel coronavirus. Since the last status report, Defendant has loaded the results of its initial search into a reviewing platform and deduplicated the records. After deduplication, approximately 7,500 records remained, totaling approximately 350,000 pages.

Plaintiff has requested additional information about these potentially responsive records to aid in narrowing its request, which Defendant will provide by September 1, 2020. The parties jointly request leave to file another joint status report on or before September 11, 2020.

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

*/s/ Michael Bekesha*
Michael Bekesha (D.C. Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Phone: (202) 646-5172

*Counsel for Plaintiff*

Date: August 11, 2020