# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DAILY CALLER NEWS FOUNDATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 20-cv-1149 (DLF) |
| | ) |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

This Freedom of Information Act case concerns communications of Drs. Anthony Fauci and H. Clifford Lane—the Director and a Deputy Director of the National Institute of Allergy and Infectious Diseases (NIAID)—that either 1) include a World Health Organization official and concern the novel coronavirus, or 2) discuss the World Health Organization or certain of its officials, as well as China and the novel coronavirus. The parties are continuing to discuss the possibility of narrowing the FOIA request and believe that it may be easier to do so after production has begun. But the parties have been unable to agree to a schedule for that production, and therefore submit their proposals separately.

**Plaintiff's Proposal.** The FOIA request at issue here concerns records that are likely to shed light on U.S. government officials' assessment of a major public health crisis. For that reason, when it submitted its FOIA request almost six months ago – on April 1, 2020 – Plaintiff requested expedited processing. On April 10, 2020, Defendant granted Plaintiff's request because "[Plaintiff had] demonstrated that there exists an urgency to inform the public concerning actual or alleged Federal Government activity."

It is Plaintiff's understanding that there are approximately 4200 emails potentially responsive to its FOIA request.  In an effort to alleviate the volume of pages and hopefully speed up the production of records, Plaintiff proposed – and Defendant agreed – that Defendant would process only emails and not attachments at this time.[1]

Nonetheless, Defendant has not produced a single record responsive to Plaintiff's request, to date.  Nor does Defendant propose producing a single record for another two months which will be eight months after Plaintiff submitted its request and Defendant granted its request for expedited processing.  Defendant also proposes that it process only 300 pages per month.  These proposals are simply unacceptable.

Plaintiff believes this case should be treated no differently than any other FOIA case in this District.  Plaintiff therefore proposes that Defendant process 500 pages per month and produce all non-exempt, responsive records by the 21st of every month, starting on October 21, 2020.

**Defendant's Proposal.**  Defendant proposes that it process 300 pages of potentially responsive records per month, with an initial processing deadline of November 30.  Processing does not include any referral or consult that may be necessary to another entity with equities in the records.

Defendant's proposal is reasonable and reflects the increased volume of FOIA requests NIAID has received and the competing demands on staff's time.  The FOIA staff at NIAID is working diligently to process the many FOIA requests received by the agency since the beginning of the COVID-19 pandemic.  The FOIA staff is currently working seven days a week, often along with program officials working to minimize the effects of the pandemic.  Because of

---

[1]  Plaintiff reserves the right to request the processing of attachments at a later date.

the technical complexity of the subjects on which NIAID works, the agency's record custodians—in this case, Dr. Fauci and Dr. Lane, as well as their staffs—must often be given an opportunity to review the records and advise on the presence of potentially exempt material that would not be apparent to a lay person.  The pace at which NIAID can process records in response to this request is therefore a function of both the capacity of the agency's FOIA staff, which is managing a large surge in interest as a result of the current public health crisis, and the competing demands on the time of programmatic staff.  An order to process records at a greater volume would consume time that must be devoted to their other responsibilities, including their critical work to minimize the toll of the pandemic, or would consume time that NIAID's staff would spend responding to other, equally pressing FOIA requests.  Plaintiff has not justified its requested processing rate in light of this reality, nor has it established any FOIA processing rule within this district of 500 pages per month.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

- 4 -

             and

             */s/ Michael Bekesha*
             Michael Bekesha (D.C. Bar No. 995749)
             JUDICIAL WATCH, INC.
             425 Third Street, S.W., Suite 800
             Washington, DC 20024
             Phone: (202) 646-5172

             *Counsel for Plaintiff*

Date: September 21, 2020